No. 97-1038. EVANS COOLING SYSTEMS, INC., ET AL. *v.* GENERAL MOTORS CORP. C. A. Fed. Cir. Certiorari denied.

No. 97-1043. JOHNSON *v.* BAYLOR UNIVERSITY. C. A. 5th Cir. Certiorari denied.

No. 97-1044. FOREMAN *v.* BABCOCK & WILCOX CO. C. A. 5th Cir. Certiorari denied.

No. 97-1045. GALIETTE *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 97-1046. McDONALD *v.* ST. LOUIS SOUTHWESTERN RAILROAD. C. A. 8th Cir. Certiorari denied.

No. 97-1047. UNITED STATES ET AL. *v.* VALLEY BROADCASTING CO., DBA KVBC (TV), CHANNEL 13, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97-1049. LYNN ET AL. *v.* MURPHY. C. A. 2d Cir. Certiorari denied.

No. 97-1050. WITHAM *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97-1051. SMITH ET AL. *v.* HARRIS. C. A. 9th Cir. Certiorari denied.

No. 97-1059. SANDERSON *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 97-1065. MARTIN *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 97-1066. SUPER YOUNG INDUSTRIES *v.* PACIFIC EMPLOYERS INSURANCE CO. ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97-1068. GASS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.